
ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
SEP 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
AURELIA U CALSO ) Case No. 08-50162 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Debtor, AURELIA U CALSO in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Debtor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $10.31 as an unclaimed dividend.

AURELIA U CALSO
*MAIL RTD ON 8/23/11
441 CHILBERG CT
SAN JOSE, CA 95133

Dated: September 19, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 08-50162  Doc# 50  Filed: 09/22/11  Entered: 10/03/11 14:02:29  Page 1 of 2
08-50162 SLJ - Notice of Unclaimed Dividend



CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

ADDRESS SERVICE REQUESTED

RETURNED TO SENDER

AURELIA U CALSO
441 CHILBERG CT
SAN JOSE, CA 95133

RECEIVED
AUG 2 3 2011
Devin Derham-Burk
Trustee, Chapter 13

NIXIE    951   DC  1          00  08/20/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 95150001313    *0955-07575-15-43*